PC SCAN



FILED 5/16/2025 B.I
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

DAVID GEVAS,
        Plaintiff,

V.

JOHN VARGA, et al.,
        Defendants.

CASE NO. 21-50272
HON. HEATHER K. MCSHAIN

PLAINTIFF MOTION FOR COURT ORDER

Plaintiff respectfully request this Court for an Order, and states:

1. On 5/2/2025, this Court filed its Docket Entry [249], that the above action has been referred to Magistrate Judge McShain for settlement. Furthermore, the settlement conference will be held on 6/18/2025 at 1 p.m. (See Dkt.#249)

2. On 5/14/2025, plaintiff was provided the opportunity to review the photographs taken of the adverse conditions found here at Dixon Correctional Center that plaintiff experienced, that are now Bates-stamped 21-cv-50272 IDOC 004670-5010.

3. Plaintiff respectfully request this Court Order defendants JOHN VARGA, SONJIA NICKLAUS and JUSTIN WILKS to provide the photographs that plaintiff viewed on 5/14/2025, to this Court, on a devise as directed by this Court. In order for this Court to view 10 or so photographs that plaintiff shall refer to, in order for this Court to be fully advised and understand the adverse conditions, and plaintiff's position regarding settlement. And any other Order that is just and proper.

Date: 5/14/2025.

/s/ David Gevas
DAVID GEVAS, B41175
2600 N. Brinton Ave.
Dixon, IL 61021

CERT OF SERV

    By e filing the attached gives notice to the parties.

                                                      /s/ David Gevas

1.