IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

David Gevas,

Plaintiff(s),

v.

John Varga, Sonja Nicklaus Justin Wilks, J. B. Pritzker, Rob Jeffreys, N. Chandler, A. Tack, and John/Jane Does,

Defendant(s).

Case No. 3:21-cv-50272
Judge Rebecca R. Pallmeyer

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) John Varga, Justin Wilks, and Sonja Nicklaus
and against plaintiff(s) David Gevas

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Rebecca R. Pallmeyer on a motion granting Defendants' motion for summary judgment [240] [241]. Remaining defendants previously dismissed.

Date: 10/23/2025

Thomas G. Bruton, Clerk of Court

Christina Presslak , Deputy Clerk